

# United States District Court
# Eastern District of California

| | |
|---|---|
| Paz Aguiluz, Jafet Esau | Case Number: | 1:26-cv-799-TLN JDP |

Plaintiff(s)

V.

Christopher Chestnut & Orestes Cruz

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Charles Toland Meredith, Esq. hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Paz Aguiluz, Jafet Esau (Petitioner)

On ___10/13/199___ (date), I was admitted to practice and presently in good standing in the
___State of Nevada (Bar #6420)___ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)
N/A

Date:___02/01/ 2026___    Signature of Applicant: /s/ Charles T. Meredith

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Charles Toland Meredith, Esq. |
| Law Firm Name: | Amervisa Immigration Law Offices |
| Address: | 5701 West Slauson Avenue |
| | Ste. 100 |
| City: | Culver City  State: NV  Zip: 90230 |
| Phone Number w/Area Code: | (310) 945-5998 |
| City and State of Residence: | El Monte, California |
| Primary E-mail Address: | charles.amervisa@gmail.com |
| Secondary E-mail Address: | mongo711711@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Nancy Juarez, Esq. |
| Law Firm Name: | Amervisa Immigration Law Office |
| Address: | 5701 W Slauson Ave. |
| | Ste. 100 |
| City: | Culver City  State: CA  Zip: 90230 |
| Phone Number w/Area Code: | (310) 945-5998  Bar # #356209 |

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 2, 2026

JUDGE, U.S. DISTRICT COURT

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE STATE OF NEVADA

I, *Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that CHARLES MEREDITH (Bar No.6420) was on the 13TH day of OCTOBER,1997 duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;*

*I FURTHER CERTIFY that CHARLES MEREDITH the said that in good standing; and that his name now appears on the Roll of Attorneys in this office.*



*IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 29TH DAY OF JANUARY, 2026.*

*ELIZABETH A. BROWN, CLERK*
*SUPREME COURT*
*STATE OF NEVADA*

_____
*Chief Deputy Clerk*